Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303

(661) 809–6806

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California
**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

| | |
|---|---|
| In re ) | **Case Number:** 25–20501 – C – 7 |
| ) | |
| Stephen Donald Favis ) | Docket Control No: JMV–1 |
| ) | |
| ) | **TRUSTEE'S MOTION TO DISMISS** |
| ) | **FOR FAILURE TO APPEAR AT** |
| ) | **§341(a) MEETING OF CREDITORS AND** |
| ) | **MOTION TO EXTEND THE DEADLINES FOR** |
| Debtor(s). ) | **FILING OBJECTIONS TO DISCHARGE AND** |
| _____ ) | **MOTIONS TO DISMISS** |

　　　I, Jeffrey M. Vetter, trustee of the estate in this case, declare under penalty of perjury that the following debtor(s) failed to appear and testify at the regularly scheduled and duly noticed Meeting of Creditors held on 3/14/25 pursuant to 11 U.S.C. §341(a):　Stephen Donald Favis .

　　　The trustee requests that the case of the debtor(s) be dismissed for failure to appear at the §341(a) meeting of creditors. Alternatively, in the event this motion is not granted, trustee requests that the deadline to object to debtor's discharge under Bankruptcy Code §727 and the deadline to file motions for abuse, other than presumed abuse, under §707, be extended to 60 days after the date of the continued 341(a) meeting which is 4/18/25 at 11:00 AM at Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 996 842 7742, and Passcode 6976282337, OR call 1 (661) 679–8541. If the debtor fails to appear, without explanation, at the continued meeting of creditors, trustee requests that the case be dismissed without further hearing.

Dated:　03/14/2025　　　　　　　　　　　　　　　　Signed:　　/s/　Jeffrey M. Vetter

FORM L153 (v.4.14)