Stephen Donald Favis
1880 Charm Way
Sacramento, CA 95835
346-560-3992
Steve.Favis@aol.com

**FILED**
APR - 9 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN DONALD FAVIS,**<br><br>    debtor,<br><br>vs.<br><br>**JEFFREY M. VETTER,**<br><br>    Trustee | Case No.: 25-20501-C-C7<br><br>**MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS** |

**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AND REQUEST TO REAPPEAR FOR RESCHEDULED §341(a) MEETING OF CREDITORS**

**(With Supporting Declaration and Medical Exhibit)**

TO THE HONORABLE COURT, THE TRUSTEE, AND ALL INTERESTED PARTIES:

I, **Stephen Donald Favis**, the Debtor in the above-entitled case, respectfully submit this Opposition to the Trustee's Motion to Dismiss for Failure to Appear at the §341(a) Meeting of Creditors on **March 14, 2025**, and request that the Court **allow me to reappear at a rescheduled meeting**.

**GROUNDS FOR RELIEF:**

On or about March 14, 2025, I was **unable to appear due to a severe back injury**, which rendered me medically incapacitated. I was severe pain and undergoing treatment at the time and could not physically or safely attend the hearing. I was attacked and provoked into a physical

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 1

altercation on March 13th which resulted in a federal civil complaint, case number **2:25-CV-1030-DAD-JDP (ps)**. This has been a stressful situation as China has claimed to hire an assassin to assassinate me due to my military intelligence work and economic espionage related to the bankruptcy.

Attached as **Exhibit A** is a true and correct copy of my **MRI report**, confirming my medical condition around the time of the scheduled §341(a) meeting.

I did not intend to delay the case and I respectfully request the Court consider this as **good cause** for missing the hearing.

**REQUEST FOR RELIEF:**

1. That the Court deny the Trustee's Motion to Dismiss;
2. That the Court grant leave for the Debtor to reappear at a **rescheduled §341(a) Meeting**;
3. That the deadlines to file objections to discharge and motions to dismiss be extended accordingly.

**DECLARATION OF STEPHEN DONALD FAVIS**

I, **Stephen Donald Favis**, declare:

1. I am the Debtor in this Chapter 7 case.
2. I missed the §341(a) Meeting of Creditors on March 14, 2025, due to a debilitating back injury.
3. I was receiving medical evaluation and unable to appear. I have attached the MRI report as proof.
4. I respectfully request the Court to allow me to reappear at a rescheduled date and not

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 2

dismiss my case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed this [Insert Date] in Sacramento, California.**

**Signed:** _____  4/9/2025

Stephen Donald Favis

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 3

# EXHIBIT A – MRI Report
MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 4

4/6/25, 3:56 AM     My Health Online - Test Details

Name: Stephen Favis | DOB: 3/31/1978 | Legal Name: Stephen Favis

## MRI Thoracic Spine Without Contrast
Collected on Mar 17, 2025 9:33 AM

If you have questions or concerns regarding your test results, contact the clinician who ordered the test. 

### Results

**Impression**

IMPRESSION:

1. No MRI evidence of an acute fracture of the thoracolumbar spine. Multilevel degenerative changes of the thoracic & lumbar spine as fully discussed above, most notable at the level of T9/T10, where there is a diffuse disc bulge, narrowing of the lateral recesses, and overall moderate central spinal stenosis. Multilevel right-sided disc bulges throughout the thoracic spine, discussed above, which narrow the right lateral recess, and also mildly distort the cord, though without obvious underlying thoracic cord signal abnormality at those levels. Additional degenerative changes within the lumbar spine as discussed above with moderate central spinal stenosis at the level of L4/L5. Please see additional findings discussed above.

Electronically Signed by: Austin Trinh, MD 3/17/2025 9:42 AM

**Narrative**

PROCEDURE: MRI LUMBAR SPINE WO CONTRAST, MRI THORACIC SPINE WO CONTRAST, 3/17/2025 9:05 AM

CLINICAL INDICATION: Low Back Pain.

COMPARISON: None available at time of dictation

PROCEDURE COMMENTS: Multiplanar and multisequence MRI of the thoracic and lumbar spine was obtained without contrast.

FINDINGS:
Vertebrae and cord:

Within the thoracic spine, there are multilevel degenerative changes, with disc desiccation most notable at the levels of T5/T6 through T9/T10. Prominent Schmorl's along the superior endplate of T3, with a prominent chronic superior endplate irregularity. While there is multilevel facet hypertrophy, there is no evidence of high-grade neural foraminal narrowing. Mild bilateral neural foraminal narrowing at T9/T10.

Multilevel disc bulges are noted throughout the thoracic spine, for example at T5/T6, where

https://myhealthonline.sutterhealth.org/MHO/app/test-results/details?pageMode=1&eorderid=WP-24-2FVdydMp3TuUUq0Ycj0QKIA-3D-3D-24Mp42F6...    1/3

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 5

there is notable right lateral recess narrowing, and presumed impingement of the right-sided descending nerve roots. This also abuts the cord and mildly distorts the cord, though without obvious underlying cord signal abnormality. There is mild to moderate central spinal stenosis as well.

At T6/T7, there is also a right paracentral component, presumably impinging the right-sided descending nerve roots as well, and results in at least mild to moderate central spinal stenosis mild distortion of the cord, without obvious underlying cord signal abnormality.

Disc bulge at T8/T9, with a right paracentral component, also narrowing the right lateral recess, also presumably impinging on the right-sided descending nerve roots. There is overall mild spinal stenosis.

Right paracentral disc bulge at T8/T9, also narrowing the right lateral recess and mildly distorting the cord without obvious abnormal cord signal abnormality.

At the level of T9/T10, there is a diffuse disc bulge, with overall moderate central spinal stenosis, with lateral recess narrowing..

Within the lumbar spine, there is mild straightening of the normal lumbar lordosis. There is trace anterolisthesis of L2 on L3. Multilevel disc desiccation, though most notable at L3/L4. Multilevel facet hypertrophy throughout the lumbar spine, though without evidence of high-grade neural foraminal narrowing.

Multilevel disc bulges identified, for example at the level of L2/L3, where it is right paracentral, which narrows the right lateral recess as well as abutting the right-sided descending nerve roots. There is overall mild to moderate central spinal stenosis at this level.

At the level of L3/L4, there is a diffuse disc bulge as well, minimally effacing the left lateral recess, with overall mild central spinal stenosis.

At the level of L4/L5, there is also diffuse disc bulge with a central component, with narrowing of the left lateral recess and trace effacement of the right lateral recess, though abutting the left and right descending nerve roots. There is overall moderate central spinal stenosis at this level as well.

At the level of L5/S1, there is a trace diffuse disc bulge as well as facet hypertrophy without high-grade neural foraminal narrowing.

Extra-vertebral soft tissues: Normal.

Visualized abdomen/pelvis: Partially imaged are cortically-based cystic appearing lesions within the bilateral renal parenchyma, which are incompletely characterized on these incomplete/partial images of the abdomen.

Additional comment: None.

Ordering provider: Robinson Taylor, MD
Reading physician: Austin Trinh, MD

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 6

4/6/25, 3:56 AM　　　　　　　　　　　　　　　　　　　　　　　My Health Online - Test Details

Study date: Mar 17, 2025 9:05 AM
Collection date: Mar 17, 2025 9:33 AM
Result date: Mar 17, 2025 9:42 AM
Result status: Final

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

MOTION TO REAPPEAR AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS - 7