# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Stephen Donald Favis          **Case No.:** 25-20501 - C - 7

**Docket Control No.** JMV-1

**Date:** 04/16/2025
**Time:** 10:00 AM

**Matter:** [33] - Report of Trustee at Sec. 341(a) Meeting and Trustee's Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss [JMV-1]. Debtor Did Not Appear;. The continued Sec. 341(a) Meeting to be held on 4/18/2025 at 11:00 AM via Zoom - Vetter: Meeting ID 996 842 7742, Passcode 6976282337, Phone 1 (661) 679-8541. (Vetter, Jeffrey)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Trustee - Jeffrey M. Vetter
**Respondent(s):**
None

---

### CIVIL MINUTES

Motion Granted; Case Dismissed

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**